1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

8

CENTRAL DISTRICT OF CALIFORNIA

9

10 DANNY YOUNG,                          )   No. CV 10-4019 CAS (FFM)
                                        )
11              Petitioner,             )   ORDER ACCEPTING FINDINGS,
                                        )   CONCLUSIONS AND
12        v.                            )   RECOMMENDATIONS OF
                                        )   UNITED STATES MAGISTRATE JUDGE
13 LARRY SMALLS,                        )
                                        )
14              Respondent.             )
   _____   )

15

16        Pursuant to 28 U.S.C. § 636, the Court has reviewed the entire record in this

17 action, the attached Report and Recommendation of United States Magistrate Judge

18 ("Report"), and the objections thereto.  Good cause appearing, the Court concurs with

19 and accepts the findings of fact, conclusions of law, and recommendations contained in

20 the Report after having made a de novo determination of the portions to which

21 objections were directed.

22        IT IS ORDERED that judgment be entered dismissing the Petition on the merits

23 with prejudice.

24

25 DATED: June 25, 2012

26

27                                              _____
                                                CHRISTINA A. SNYDER
28                                              United States District Judge