1

2

3

4

5

6

7

UNITED STATES DISTRICT COURT

8

CENTRAL DISTRICT OF CALIFORNIA

9

10 DANNY YOUNG,                              )  No. CV 10-4019 CAS (FFM)
                                            )
11              Petitioner,                 )
                                            )  JUDGMENT
12        v.                                )
                                            )
13 LARRY SMALLS,                            )
                                            )
14              Respondent.                 )
   ─────────────────────────────           )

15

16        Pursuant to the Order Accepting Findings, Conclusions and Recommendations of

17 United States Magistrate Judge,

18        IT IS ADJUDGED that the Petition is dismissed with prejudice.

19

20 DATED: June 25, 2012

21

22                                  _____
                                    CHRISTINA A. SNYDER
23                                  United States District Judge

24

25

26

27

28